456 A.2d 665

Commonwealth v. Kaiser, Appellant.

 Submitted December 7, 1981. James R. Protasio, Assistant Public Defender, for appellant; Dean N. Livermore, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgments of sentence affirmed.